IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA EASTWOOD, )
)
)
Plaintiff, )
v. )
) **Civil Action No.: 1:11-cv-0348-JSR**
)
)
TRANSWORLD SYSTEMS, INC., )
Defendant. )
)
)

## NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court.

Date:   February 15, 2011                    Respectfully submitted,

/s/ Allison Polesky, Esq.                    /s/ Aaron R. Easley
Allison Polesky                              Aaron R. Easley
Law Offices of Allison Polesky, P.C.         Sessions, Fishman, Nathan & Israel, L.L.C.
511 Avenue of the Americas, Suite 712        200 Route 31 North, Suite 203
New York, NY 10011                           Flemington, NJ 08822
Tel.: 866-479-9500                           Tel.: 908-751-5940
Fax.: 866-688-4300                           Fax.: 908-751-5944
consumerrightslawyer@gmail.com               aeasley@sessions-law.biz
Attorney for Plaintiff                       Attorneys for Defendant
                                             Transworld Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of February, 2011, a copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was filed electronically in the ECF system and sent via email. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

/s/ Allison Polesky
Allison Polesky, Esq.
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel.: 866-479-9500
Fax.: 866-688-4300
consumerrightslawyer@gmail.com
Attorney for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendant
Transworld Systems, Inc.