IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONNA EASTWOOD,<br>      Plaintiff(s)<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br>      Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 11-CV-0348 (JSR) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff DONNA EASTWOOD and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant TRANSWORLD SYSTEMS, INC.

Date:  March 4, 2011

By: _____
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Phone:  866-479-9500
Facsimile:  866-688-4300
Attorney for Plaintiff DONNA EASTWOOD