IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA EASTWOOD,<br>　　　　Plaintiff(s)<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br>　　　　Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 11-CV-0348 (JSR) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff **DONNA EASTWOOD** and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant **TRANSWORLD SYSTEMS, INC.**

Date: March 4, 2011

By: _____
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Phone: 866-479-9500
Facsimile: 866-688-4300
Attorney for Plaintiff DONNA EASTWOOD

**SO ORDERED:**

_____
U.S.D.J.
3/8/11